# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Kathy Smith, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00464-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of New York Mellon | ) | |
| CIT Group/Consumer Finance, Inc, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 2, 2014 Order.

September 2, 2014

Signed: September 2, 2014

Frank G. Johns, Clerk
United States District Court